## Case No. 2,413b.

### The CARLOTTA.

### BLISS v. GOMEZ.

Circuit Court, S. D. New York. July 31, 1879.

[Appeal from the district court of the United States for the southern district of New York.]
[In admiralty. The libel was filed by William Bliss, as owner of the bark Carlotta, against Raphael M. Gomez and Daniel V. Arquimbau, to recover the amount due on a charter party. There was a decree for libellant, and a reference to a commissioner to ascertain what sum should be deducted from the charter money due for failure to deliver certain cargo. See Case No. 2,413. On the coming in of the commissioner's report, exceptions were filed thereto, and thereafter an appeal was taken to the circuit court. This case was heard together with Case No. 2,413a, which see.]

WAITE, Circuit Justice. This suit is disposed of by that of Gomez v. The Carlotta [Case No. 2,413a], with which it was heard.

The libellant is entitled to a decree
for ............................... $962 41
Less ............................... 355 00
                               $607 41

—With interest from February 13, 1874. at the rate of six per cent. per annum, and costs in this court and the court below.